**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-438-GCM**

|  |  |  |
|---|---|---|
| **LEWIS NORMAN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
|  | ) | |
| **HOME DEPOT USA INC.** | ) | |
| **Defendant.** | ) | |
|  | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William L. Duda,** filed October 8, 2015 [doc. # 5].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Duda is admitted to appear before this court *pro hac vice* on behalf of defendant, Home Depot U.S.A., Inc..

      **IT IS SO ORDERED.**

                  Signed: October 9, 2015

                  Graham C. Mullen
                  United States District Judge